Irmgard M. TURNER, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 01–7057.

United States Court of Appeals, Federal Circuit.

May 11, 2001.

ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

QWEST CORPORATION (formerly known as U.S. West Communications, Inc .), Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 01–5089.

United States Court of Appeals, Federal Circuit.

May 18, 2001.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).